**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 8, 2015

Hon. Analisa Figueroa
Attorney at Law
103 E. Price Rd., Ste. B
Brownsville, TX 78521
* DELIVERED VIA E-MAIL *

Hon. John L. Shergold
Attorney at Law
1534 E. 6th St., Ste. 103
Brownsville, TX 78520-7239
* DELIVERED VIA E-MAIL *

Hon. Larry Warner
Attorney at Law
3109 Banyan Circle
Harlingen, TX 78550
* DELIVERED VIA E-MAIL *

Hon. Albert Holl
HDBD Law Firm, Ste. 2000N
800 N. Shoreline Blvd.
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Rene O. Oliveira Jr.
Roerig, Oliveira, & Fisher, LLP
855 W. Price Rd., Ste. 9
Brownsville, TX 78520-8718
* DELIVERED VIA E-MAIL *

Hon. David G. Oliveira
Roerig, Oliveira & Fisher, L. L. P.
10225 N. 10th St.
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00015-CV
Tr.Ct.No.  2012-DCL-08930-C
Style:   In Re Alfredo Sobrevilla

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    Hon. Migdalia Lopez (DELIVERED VIA E-MAIL)
       Hon. Eric Garza (DELIVERED VIA E-MAIL)